| | | |
|---|---|---|
| People v Riley | 1st Dept: 150 AD3d 519 (NY) | denied 8/15/17 (Garcia, J.) |
| People v Rios | 1st Dept: 151 AD3d 501 (NY) | denied 8/2/17 (Fahey, J.) |
| People v Rivera | 2d Dept: 150 AD3d 1154 (Queens) | denied 8/18/17 (Garcia, J.) |
| People v Robinson (Garry) | 4th Dept: 151 AD3d 1851 (Monroe) | denied 8/15/17 (DiFiore, Ch. J.) |
| People v Robinson (Jennifer) | 4th Dept: 151 AD3d 1701 (Monroe) | denied 8/16/17 (Stein, J.) |
| People v Rodriguez (Aneudy) | 1st Dept: 151 AD3d 580 (Bronx) | denied 8/24/17 (Fahey, J.) |
| People v Rodriguez (Julio) | 2d Dept: 151 AD3d 984 (Queens) | denied 8/22/17 (Stein, J.) |
| People v Rosekrans | 4th Dept: 149 AD3d 1563 (Ontario) | denied 8/21/17 (DiFiore, Ch. J.) |
| People v Rush | 4th Dept: 148 AD3d 1601 (Monroe) | granted 8/7/17 (Stein, J.) |
| People v Salas | 1st Dept: 149 AD3d 632 (Bronx) | denied 8/15/17 (Garcia, J.) |
| People v Sampson (Robert) | 4th Dept: 149 AD3d 1486 (Jefferson) | denied 8/16/17 (Rivera, J.) (Appeal No. 1) |
| People v Sampson (Robert) | 4th Dept: 149 AD3d 1488 (Jefferson) | denied 8/16/17 (Rivera, J.) (Appeal No. 2) |
| People v Sanchez | 2d Dept: 149 AD3d 1107 (Kings) | denied 8/15/17 (Garcia, J.) |
| People v Sanford* | 4th Dept: 148 AD3d 1580 (Onondaga) | denied 6/23/17 (Garcia, J.) |
| People v Santos (Efrain) | 4th Dept: 151 AD3d 1620 (Onondaga) | denied 8/11/17 (DiFiore, Ch. J.) |
| People v Santos (Robisson) | App Div, 1st Dept: 2016 NY Slip Op 96018(U) (Bronx) | denied 8/31/17 (Fahey, J.) |
| People v Scott (Kenneth) | 4th Dept: 151 AD3d 1726 (Niagara) | denied 8/22/17 (Stein, J.) |
| People v Scott (Richard) | 4th Dept: 151 AD3d 1702 (Cayuga) | denied 8/8/17 (DiFiore, Ch. J.) |
| People v Sheppard | 4th Dept: 149 AD3d 1569 (Livingston) | denied 8/16/17 (Garcia, J.) |
| People v Shooter Steve | 4th Dept: 149 AD3d 1569 (Erie) | denied 8/18/17 (DiFiore, Ch. J.) |
| People v Silverio | 1st Dept: 151 AD3d 484 (Bronx) | denied 8/18/17 (Garcia, J.) |
| People v Simon-Page | 4th Dept: 147 AD3d 1508 (Steuben) | denied 8/15/17 (Garcia, J.) |
| People v Simons | 4th Dept: 151 AD3d 1715 (Niagara) | denied 8/22/17 (DiFiore, Ch. J.) |

---

* Omitted from June 2017 list.